

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 8, 2014

Cindy Hellstern
Assistant County & District Attorney
109 S. Jackson St.
Waxahachie, TX 75165-7832
* DELIVERED VIA E-MAIL *

Jeannette M. Loucks
LOUCKS & DREW, PLLC
820 Ferris Ave., Suite 225
Waxahachie, TX 75165-2684
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers: 07-13-00349-CR, 07-13-00404-CR, 07-13-00405-CR, 07-13-00406-CR, 07-13-00407-CR, 07-13-00408-CR, 07-13-00409-CR, 07-13-00410-CR, 07-13-00411-CR
Trial Court Case Numbers: 1210762, 1210762, 1210762, 1210762, 1210762, 1210762, 1210762, 1210762, 1210762

**Style:** Michelle Lorraine Lehman v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:     Honorable Gene Calvert (DELIVERED VIA E-MAIL)
Cindy Polley (DELIVERED VIA E-MAIL)